M. P. No. 288. CAROL CARROCCIO *v.* ONOFRIO CARROCCIO. Motion of respondent for visitation rights denied. *A. William Gelfuso,* for appellee. *Onofrio Carroccio,* appellant, pro se.

M. P. No. 303. EDWARD LANTINI *v.* MALCOM L. DANIELS, HAROLD C. THOMAS and ANTHONY A. TRIBELLI. Motion for leave to file petition for writ of certiorari granted. *Beals, Sweeney & Jerue. David F. Sweeney,* for petitioner. *Peter Palombo, Jr.,* City Solicitor, for respondents.

M. P. No. 315. MATTER OF VINCENT BROWN. Motions for appointment of specific counsel and for appointment other than Public Defender denied without prejudice. *Vincent Brown,* appellant, pro se.

M. P. No. 316. ANNETTE PRINCIPE *v.* ANTONIO PRINCIPE. Motion for leave to file petition for writ of certiorari granted. *Kirshenbaum & Kishenbaum,* for appellee. *Abedon & Abedon, Herbert J. Abedon,* for appellant.

M. P. No. 319. STATE OF RHODE ISLAND *v.* JOHN F. PLASKETT. Motion for leave to join in petition for writ of certiorari filed by Robert N. Johnson in M. P. No. 320 denied. *Herbert F. DeSimone,* Attorney General, for appellee. *Edwin H. Hastings,* for appellant.

M. P. Nos. 319, 320, 322. STATE OF RHODE ISLAND *v.* PHILIP LERNER. Motion for leave to join in petition for writ of certiorari filed by Robert N. Johnson in M. P. No. 320 denied. *Herbert F. DeSimone,* Attorney General, for appellee. *William J. McGair,* for appellant.

M. P. No. 320. STATE OF RHODE ISLAND *v.* ROBERT N. JOHNSON. Motion for leave to file petition for writ of certiorari denied. *Herbert F. DeSimone,* Attorney General, *Richard J. Israel,* Assistant Attorney General, for appellee. *Edwin H. Hastings,* for appellant.

M. P. No. 322. STATE OF RHODE ISLAND *v.* ALAN WOOLF. Motion for leave to file petition for writ of certiorari denied. *Her-*